**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6294**

In Re:      TIMOTHY ADAMS,

                                              Petitioner.

On Petition for Writ of Mandamus.
(No. 6:94-00302-NCT)

Submitted: May 10, 2007                    Decided:  May 15, 2007

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Petition denied by unpublished per curiam opinion.

Timothy Adams, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Timothy Adams petitions for a writ of mandamus seeking an order directing the district court to vacate its judgment denying Adams 28 U.S.C. § 2255 (2000) relief.  We conclude that Adams is not entitled to mandamus relief.

Mandamus relief is available only when the petitioner has a clear right to the relief sought.  In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988).  Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances.  Kerr v. United States Dist. Court, 426 U.S. 394, 402 (1976); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987).  Mandamus may not be used as a substitute for appeal.  In re United Steelworkers, 595 F.2d 958, 960 (4th Cir. 1979).

The relief sought by Adams is not available by way of mandamus.  Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED